Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT

2025 DEC -3  PM 5: 00

for the

_____ District of _____

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ CR _____
                  DEPUTY

_____ Division

1:25CV01976 DAE

)                    Case No. _____
)                       *(to be filled in by the Clerk's Office)*
)
Angie Novy R Charles Novy )
_____ )
*Plaintiff(s)* )           Jury Trial: *(check one)* ☑Yes ☐No
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
**-v-** )
)
)
)
See Attached )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued.  If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
      needed.

      Name                    Angie Novy
      Street Address          805 Innergary Pl
      City and County         Valrico
      State and Zip Code      Florida  33594
      Telephone Number        813-928-3879
      E-mail Address          pralaw_mamnovy#58@aol.com

   B.  **The Defendant(s)**

      Provide the information below for each defendant named in the complaint, whether the defendant is an
      individual, a government agency, an organization, or a corporation.  For an individual defendant,
      include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendants

2 of 5

Office Of the Clerk Of the Circuit Court of Cook County
50 W. Washington Suite 1001 Chicago, Illinois 60602-1305
Cook County Department of Corrections
2700 S. California Ave. Chicago, Illinois 60608
Lake County Clerk Of the Court
18 North County Street Waukegan Illinois 60085
Lake County Adult Corrections Facility
20 S County Street Waukegan Illinois 60085
Wauconda High School
555 N. Main St Wauconda Illinois 60084
Lakemoor Police Department
28581 Illinois Route 120
Lakemoor Illinois 60051
Mchenry Sheriff's Office
2200 N. Seminary Ave Woodstock Illinois 60098
Lake Zurich Police Department
200 Mohawk Trl
Lake Zurich Illinois 60047
Deerfield Police Department
850 Waukegan Rd Deerfield Illinois 60015
Illinois Department Of Children and Family Services
406 E Monroe St. Springfield Illinois 62701
Advocate Good Shepherd Hospital
450 West Highway 22 Barrington Illinois 60010
Loyola University Medical Center
2160 S. First Ave Maywood Illinois 60153
Ved Sturm & Associates
325 Washington street Suite 400
Waukegan Illinois 60085
NuMati Medical Center
9711 Golf Rd # 1050 Skokie Illinois 60076

Defendants

Davies Fertility & IVF Specialist
2640 Patriot Blvd #260 Glenview Illinois 60026

Randy Morris
3 N Washington St Naperville Illinois 60540

Unique Insurance
7400 N Caldwell Ave Niles Illinois 60714

Naperville Police Department
1350 Aurora Ave Naperville Illinois 60540

Blue Cross Blue Shield of Illinois
300 E Randolph Chicago Illinois 60601

Aetna Inc.
151 Farmington Avenue Hartford CT 06156

PNC Bank 300 Fifth Avenue Pittsburgh PA 15220

Tomasville GA TCF is Nons Huntington Bank 321
Viston Tx 2023
Huntingto Bank
41 South High Street Columbus OH 43215

Credit Union 1
280 E Champain Avenue Rantan Illinois 61866

ID.ME Inc
8280 Greensboro Drive Suite 8D Mclean VA 22102

Equifax
1550 Peachtree Street N.W Atlanta Georgia 30309

TransUnion
555 West Adams Street Chicago Illinois 60661

Experian
P.O. Box 2104 Allen Texas 75013-0949

Chex Systems Inc
P.O. Box 583399 Minneapolis MN 55458

Covington Police Department
1143 Oak Street Covington, GA 30014

Defendant
Mitsubishi Motors North America
P.O. Box 689040
Franklin TN 37068

Defendant Summit Cafeteria
30 Marietta St NW
Atlanta, Georgia 30303

Defendant Woodmans Food Market Inc
1600 E Main St.
Waukesha WI 53186

Defendant Blu Electronics
10814 NW 33rd Street
Doral Florida 33172

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Harold L Murphy Federal U.S. Courthouse

Job or Title *(if known)* — Federal Clerk, Federal Guard

Street Address — 600 East First Street

City and County — Rome

State and Zip Code — GA 30161

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Richard B. Russell Federal U.S. Court house

Job or Title *(if known)* — Federal Clerk, Federal Guards

Street Address — 75 Ted Turner Drive SW

City and County — Atlanta

State and Zip Code — GA 30303

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 3**

Name — Wilkie D. Ferguson JR US Courthouse

Job or Title *(if known)* — Federal Clerk, Federal Guards

Street Address — 400 North Miami Avenue

City and County — Miami

State and Zip Code — Fl 33128

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name — Bob Casey United States Courthouse

Job or Title *(if known)* — Federal Clerk

Street Address — 515 Rusk Avenue

City and County — Houston

State and Zip Code — TX 77208

Telephone Number —

E-mail Address *(if known)* —

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                        Meta, Instagram

Job or Title *(if known)*

Street Address              1601 Willow Rd

City and County             Manlo Park

State and Zip Code          CA 94025

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                        Google LLC

Job or Title *(if known)*

Street Address              1600 Amphitheatre Pkwy

City and County

State and Zip Code          Mountain View

Telephone Number            CA 94043

E-mail Address *(if known)*

Defendant No. 3

Name                        Microsoft Corpration

Job or Title *(if known)*

Street Address              One Microsoft Way

City and County             Redmond

State and Zip Code          Wa 98052

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name                        X Crop Twitter

Job or Title *(if known)*

Street Address              1355 Market Street Suite 900

City and County             San Francisco

State and Zip Code          California 94103

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name   Texas Department of Motor Vehicles

Job or Title *(if known)*

Street Address  1601 Southwest Parkway Suite A

City and County  Wichita Falls

State and Zip Code Texas 76302

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name   Lake City Police Department

Job or Title *(if known)*

Street Address  225 NW Main Blvd

City and County  Lake City

State and Zip Code Florida 32055

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name   Knox Area Rescue Ministries

Job or Title *(if known)*

Street Address  418 N Broadway

City and County  Knoxville

State and Zip Code Tennessee 37917

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name   Fort Oglethorpe Police Department

Job or Title *(if known)*

Street Address  900 City Hall Dr

City and County  Fort Oglethorpe

State and Zip Code Georgia 30742

Telephone Number

E-mail Address *(if known)*

Case 1:25-cv-01976-DAE-ML    Document 1    Filed 12/03/25    Page 8 of 27

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

  Name        JB Pritzker

  Job or Title *(if known)*  Governor

  Street Address     400 S Spring St

  City and County    Springfield

  State and Zip Code   IL 62704

  Telephone Number

  E-mail Address *(if known)*

Defendant No. 2

  Name        Mike Governor

  Job or Title *(if known)*  Governor

  Street Address     200 West Washington St Room 206

  City and County    Indianapolis

  State and Zip Code   IN 46204

  Telephone Number

  E-mail Address *(if known)*

Defendant No. 3

  Name        William Lee

  Job or Title *(if known)*  Governor

  Street Address     312 Rosa St

  City and County    Nashville

  State and Zip Code   Tennessee 37210

  Telephone Number

  E-mail Address *(if known)*

Defendant No. 4

  Name        Gregg Abbott Governor

  Job or Title *(if known)*  Governor

  Street Address     P.O. Box 12428

  City and County    Austin

  State and Zip Code   Texas 78711-2428

  Telephone Number

  E-mail Address *(if known)*


Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Social Security Administration

Job or Title *(if known)*

Street Address — 1100 West High Rise # 6401

City and County — Baltimora M.D 21235

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — Navy Federal Credit Unisn

Job or Title *(if known)* — 820 Follin LN 2

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — Wells Fargo Bank

Job or Title *(if known)*

Street Address — 420 Montgomery Street

City and County

State and Zip Code — San Franciso CA 94104

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — BMO Harris Bank

Job or Title *(if known)*

Street Address — 111 Monroe St

City and County

State and Zip Code — Chicago IL 60603

Telephone Number

E-mail Address *(if known)*

~~Case 1:25-cv-06336-WMR   Document 3   Filed 11/07/25   Page 4 of 15~~

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Adel Police Department |
| Job or Title *(if known)* | |
| Street Address | 204 E 3rd St |
| City and County | Adel |
| State and Zip Code | GA 31620 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Hillsborough County Sheriff's office |
| Job or Title *(if known)* | |
| Street Address | 2008 E. 8th Ave |
| City and County | Tampa |
| State and Zip Code | Florida |
| Telephone Number | 813-247-8300 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Apple Inc |
| Job or Title *(if known)* | |
| Street Address | One Apple Park Way |
| City and County | Cupertino |
| State and Zip Code | CA 95014 |
| Telephone Number | 408-996-1010 |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | Henry Police Department |
| Job or Title *(if known)* | |
| Street Address | 110 S Zack Hinton Pkwy |
| City and County | Mcdonough |
| State and Zip Code | GA 30253 |
| Telephone Number | 770 288-8200 |
| E-mail Address *(if known)* | |

Case 4:25-cv-00332-WMR    Document 2    Filed 11/18/25    Page 1 of 57

**Defendant No. 1**

Name — Brain Kremp

Job or Title *(if known)* — Governor

Street Address — 206 Washington St

City and County — Atlanta

State and Zip Code — Ga 30334

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Sara Hightower Regional Library

Job or Title *(if known)* —

Street Address — 205 Riverside Pkwy

City and County — Rome

State and Zip Code — GA 30161

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 3**

Name — Illinois Secretary of State Vehicle Services Department

Job or Title *(if known)* —

Street Address — 501 S. Second St RM 055

City and County — Springfield

State and Zip Code — Illinois 62756

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name — Illinois Secretary of State

Job or Title *(if known)* —

Street Address — 213 State Capitol

City and County — Springfield

State and Zip Code — Illinois 62706

Telephone Number —

E-mail Address *(if known)* —

Case 1:25-cv-00336-WMR    Document 2    Filed 11/07/25    Page 1 of 15

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — David Caplin

Job or Title (if known) —

Street Address — 111 E Wacker Dr. Suite 600

City and County — Chicago, ~~~~~~~~~ cook

State and Zip Code — IL    60601

Telephone Number —

E-mail Address (if known) —

**Defendant No. 2**

Name — Tampa Police Department

Job or Title (if known) —

Street Address — 411 N Franklin St.

City and County — Tampa

State and Zip Code — Florida

Telephone Number — 813-231-6130

E-mail Address (if known) —

**Defendant No. 3**

Name — T-Mobile

Job or Title (if known) —

Street Address — 12920 Southeast 38th Street Bellevue    Washington Dc

City and County — P.D. Box 742596    zip code

State and Zip Code — Cincinnati Ohio 45274-2596

Telephone Number —

E-mail Address (if known) —

**Defendant No. 4**

Name — Verizon Wireless

Job or Title (if known) —

Street Address — 1095 Avenue of the Americas

City and County —

State and Zip Code — New York City, New York 10036

Telephone Number —

E-mail Address (if known) —

Case 1:25-CV-06330-WMR    Document 1    Filed 11/07/25    Page 3 of 15

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name              Clearwater Police Department

    Job or Title *(if known)*

    Street Address       P.O. Box 15410

    City and County     Clearwater

    State and Zip Code   Florida 33716

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name              St. Petersburg Police Department

    Job or Title *(if known)*

    Street Address       1301 First Avenue North

    City and County

    State and Zip Code   St. Petersburg Florida. 33705

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name              Blue Ridge Police Department

    Job or Title *(if known)*

    Street Address       480 West First Street

    City and County

    State and Zip Code   Blue Ridge GA 30513

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name              Ellijay Police Department

    Job or Title *(if known)*

    Street Address       197 N Main St

    City and County

    State and Zip Code   Ellijay Ga 30540

    Telephone Number

    E-mail Address *(if known)*

Case 1:25-cv-00338-WMR    Document 3    Filed 11/07/25    Page 6 of 15

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Atlanta Police Department

Job or Title *(if known)*

Street Address — 226 Peachtree St SW

City and County — Atlanta

State and Zip Code — Ga 30303

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — Georgia State Patrol

Job or Title *(if known)*

Street Address — 959 United Ave SE

City and County — Atlanta

State and Zip Code — Atlanta Ga 30316

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — Rome Police Department

Job or Title *(if known)*

Street Address — 375 Technology Parkway

City and County — Rome

State and Zip Code — Ga. 30165

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — Dalton Police Department

Job or Title *(if known)*

Street Address — 301 Jones Street

City and County — Dalton

State and Zip Code — Ga 30720

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Conyers Police Department

Job or Title (if known)

Street Address — 1199 Scott Street

City and County — Conyers

State and Zip Code — GA 30012

Telephone Number

E-mail Address (if known)

**Defendant No. 2**

Name — Galveston Police Department

Job or Title (if known)

Street Address — P.O. Box 121

City and County — Galveston

State and Zip Code — Texas 77553

Telephone Number

E-mail Address (if known)

**Defendant No. 3**

Name — Galveston County Clerk

Job or Title (if known)

Street Address — P.O. Box 10429

City and County — Galveston

State and Zip Code — Texas 77553

Telephone Number

E-mail Address (if known)

**Defendant No. 4**

Name — Palatine Police Department

Job or Title (if known)

Street Address — 150 W. Palatine Road

City and County — Palatine

State and Zip Code — Palatine, IL 60067

Telephone Number

E-mail Address (if known)

Case 1:25-cv-06334WMR    Document 3 — Filed 11/03/25    Page 8 of 15

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Hillsborough County Clerk at the Circuit Court

Job or Title *(if known)*

Street Address — P.O. Box 3360

City and County — Tampa

State and Zip Code — Florida 33601

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name — Cook County Medical Examiner Office

Job or Title *(if known)*

Street Address — 2121 W. Harrison Street

City and County — Chicago

State and Zip Code — IL 60612

Telephone Number

E-mail Address *(if known)*

**Defendant No. 3**

Name — Lake County Sheriff Office

Job or Title *(if known)*

Street Address — 25 S Martin Luther King Jr Avenue

City and County — Waukegan

State and Zip Code — IL 60085

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name — Lake County Circuit Clerk

Job or Title *(if known)*

Street Address — 18 N County Street Room 101

City and County — Waukegan

State and Zip Code — IL 60085

Telephone Number

E-mail Address *(if known)*

~~Case 1:25-cv-00338-WMR    Document 3    Filed 11/07/25    Page 9 of 15~~

**Defendant No. 1**

Name: Tennessee Highway Patrol

Job or Title (if known):

Street Address: 4120 Cummings Highway

City and County: Chattanooga

State and Zip Code: Tennessee 37419

Telephone Number:

E-mail Address (if known):

**Defendant No. 2**

Name: Federal Bureau Investigation

Job or Title (if known):

Street Address: 3000 Flowers Road S

City and County: Atlanta

State and Zip Code: Ga 30341

Telephone Number:

E-mail Address (if known):

**Defendant No. 3**

Name: Iniana State Police

Job or Title (if known):

Street Address: 100 N. Senate Avenue Suite N340

City and County: Inianapolis

State and Zip Code: Iniana 46204

Telephone Number:

E-mail Address (if known):

**Defendant No. 4**

Name: Bmo Harris Bank

Job or Title (if known):

Street Address: 111 W. Monroe St

City and County: Chicago

State and Zip Code: IL 60603

Telephone Number:

E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name — Rome Police Department

Job or Title *(if known)* — Badge # 03

Street Address — 315 Technology Parkway

City and County — Rome

State and Zip Code — GA 30165

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Aldi Store # 40

Job or Title *(if known)* — 836 Turner McCall Blvd SW

Street Address — 836 Turner McAll Blvd Sw

City and County — Rome

State and Zip Code — GA 30165

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 3**

Name — Publix

Job or Title *(if known)* —

Street Address — 435 Turner McCall Bld SW

City and County — Rome

State and Zip Code — GA 30165

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name — Ellijay Police Department

Job or Title *(if known)* —

Street Address — 197 N Main St

City and County — Ellijay

State and Zip Code — GA 30540

Telephone Number —

E-mail Address *(if known)* —

Defendant No. 1

    Name                Assurant Insurance

    Job or Title *(if known)*

    Street Address         P.O. Box 202120

    City and County      Florance

    State and Zip Code  South Carlina 29502-2120

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

~~Case 4:25-cv-00326-WMR    Document 2    Filed 11/17/25    Page 6 of 11~~

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name    Attlatanta FBI

Job or Title *(if known)*    Agent Ian Hunt

Street Address    3000 Flowers S

City and County    Atlanta

State and Zip Code    GA 30341

Telephone Number

E-mail Address *(if known)*


Defendant No. 2

Name    Rome Transit

Job or Title *(if known)*

Street Address    (a) Broad Street

City and County    Rome

State and Zip Code    GA 30161

Telephone Number

E-mail Address *(if known)*


Defendant No. 3

Name    Starbucks corporation

Job or Title *(if known)*

Street Address    2401 Utah Ave S

City and County    Sec 445

State and Zip Code    WC. 98134

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name    Starbucks Corporation

Job or Title *(if known)*

Street Address    P.O. Box 35126

City and County    Seattle

State and Zip Code    WA 98124

Telephone Number

E-mail Address *(if known)*

Page 2 of 5

Case 1:25-cv-00326-WMR     Document 2     Filed 11/17/25     Page 1 of 11

Defendant No. 1

Name            Elijay Mayor

Job or Title *(if known)*

Street Address  197 N Main St

City and County

State and Zip Code  Eillijay

Telephone Number    GA 30540

E-mail Address *(if known)*

Defendant No. 2

Name            Rome Mayor Summy Rich

Job or Title *(if known)*

Street Address  P.O. Box 1433

City and County  Rome

State and Zip Code  Ga 30162

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name            Blue Ridge Police Department

Job or Title *(if known)*

Street Address  301 Church St

City and County  Blue Ridge

State and Zip Code  GA 30513

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name            Henry Police Department

Job or Title *(if known)*

Street Address  110 S Zack Hinton Pkwy

City and County  McDonough

State and Zip Code  GA 30253

Telephone Number

E-mail Address *(if known)*

**Defendant No. 1**

Name — Dr. Randy Morris MD

Job or Title *(if known)* — Fertility crook

Street Address — 3 N Washington St

City and County — Naperville

State and Zip Code — IL 60540-4780

Telephone Number — 630-357-6540

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Dr. Susan A Davies

Job or Title *(if known)* — Emroy killer 5 days in a row IVF

Street Address — 2640 Patriot Blvd #260

City and County — Glenview

State and Zip Code — Illinois

Telephone Number — 60026

E-mail Address *(if known)* — 847-972-0300

**Defendant No. 3**

Name — Naperville Police Department

Job or Title *(if known)* —

Street Address — 1350 Aurora Ave

City and County — Naperville

State and Zip Code — Illinois 60540

Telephone Number — 630-420-6666

E-mail Address *(if known)* —

**Defendant No. 4**

Name — Unique Auto Insurance

Job or Title *(if known)* —

Street Address — 7400 N Caldwell Ave

City and County — Niles

State and Zip Code — Illinois

Telephone Number — 866-426-8842

E-mail Address *(if known)* —

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

---

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* Angie Novy _____, is a citizen of the State of *(name)* Texas _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

b.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was in the State of Texas Galveston Oct 2023. I was waiting to hear the news of my late husband R. Charles Navy passing from Cancer. 12/6/2023 I had a Galveston Texas judge issue a Subpoena to Palatine Police Department so they were fully aware of my whereabouts in Galveston Texas. The State of Illinois City of Galveston Texas Houston Texas, Blue Ridge Ga and other cities in FL. Concealed my husband passing meaning law enforcement my husband white family knew now to reach me by way of how they stalked

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm seeking Federal Criminal Charges be brought against all listed Defendants the one's that I have yet to list as Defendants. Sanctions of all to be paid in the Sum of 100 Trillion. All to put me in on air BNB till all assets are freed this much a fully Paid off Slew of my choosing. A 24/7 bodyguard, Judge I live in Palatine My husband making 7 figures property belonging Truck Suv car everything just Stolen upon the death of my husband as the criminals of law enforcement Concealed my husband Death upset + don't when and how our marriage that all Democrats were privy to our lives and what continue to govern

Page 4 of 5

Statement of Claim

My Meta page. Not only did I get a judge invalid my husband R. Charles Ney as well in Oct. 2023 the day of my Zoom meeting online, The State of Ga took things to an all time low by way of lying on police affiavdsts to push there criminal democrat enterprise all while thinking that my life is a joke at 42-45. Being forced into democrats lazy lying hacking stealing play acting espionage life from where I came from in life a black Republican who has never been around Democrats. Rome Ga took it another step by wanting me to pay court fees for the wrong doing by the criminal enterprise Democrats inserting Jim Crow ways leaving me no choice but to take another Taxi to a different state to be able to fly to Austin Texas costing me yet again my entire SSDI my only income once again continuing to make me homeless when I never had to be homeless. The criminal Democrat enterprise prayed upon me knowing that I would be all alone just like I was before I met my best friend. I like to be all alone for a reason. The Democrats have trashed America since 911. I have to this day untreated health issue's caused upon by the Democrats in there planned attack upon my life. Medical Spine issues that a Bad Texas doctor caused upon me and five and a half years my husband and I having to beg doctors in Illinois to fix my spine. For four months after my Spine was fixed the criminal Democrat enterprise caused a planned car crash 8/15/2022 just five minutes after I got the refund check from Randy Morris IVF in Naperville IL by a Mexican My life have been in grave danger since the passing of my husband the intimidation Bully insighting control of my civil rights Free speech harrassment forcing ones Self to touch me and dictate my behavior inpeding on my privacy freedom

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/3/2025

Signature of Plaintiff    _____

Printed Name of Plaintiff    Angjis Novy

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Complaint                    12/3/2025

I noticed that the Federal Clerk once again have not filed documents and have messed with the writing on documents that I have tried to file into Federal court in Rome Ga. I'm at my breaking point and need help to get my life back on private from all. I just don't know how much more I can endure. All I want to do is get my education done move to another country. The Democrats have just broken any hope of me ever living in America. If I was a White Widow I would have never been done like I have been.

HAO