UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANGIE NOVY and R. CHARLES NOVY, | § § § | No. 1:25-CV-01976-DAE |
| *Plaintiffs,* | § § § | |
| vs. | § § | |
| OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY, et al., | § § § § | |
| *Defendants*. | § § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation

("Recommendation") filed by U.S. Magistrate Judge Mark Lane on December 15,

2025. (Dkt. # 17.) Pursuant to Local Rule CV-7(h), the Court finds this matter

suitable for disposition without a hearing. After reviewing the Recommendation

and the information contained in the record, the Court **ADOPTS** the

Recommendation.

BACKGROUND

On December 3, 2025, Plaintiff Angie Novy ("Novy") filed suit

against approximately 100 defendants. (Dkt. # 1 at 1–22.) Her Complaint appears

to center around the death of her late husband, Plaintiff R. Charles Novy. (Id. at

1

24.)  Specifically, Novy alleges that her husband's passing was concealed from her and seeks federal criminal charges against all listed Defendants and additional Defendants who have not yet been named.  (Id.)  Novy also seeks sanctions in the sum of $100 trillion and for a "24/7 bodyguard."  (Id.)  Novy further alleges that she was "forced into democrat's [sic] lazy lying hacking stealing play acting espionage life," that the "criminal Democrat enterprise" forced her to flee to Texas, and that "the criminal Democrat enterprise caused a planned car crash [on] 8/15/2022."  (Id. at 25.)  On December 9, 2025, Novy filed an "Amended Complaint."  (Dkt. # 16.)  Her Amended Complaint again references the "criminal Democratic enterprise" and asserts that the "enterprise" is putting her life in danger "24/7."  (Id.)

        After review, the Magistrate Judge granted Novy's application to proceed in forma pauperis.  (Dkt. # 17 at 1–2.)  The Magistrate Judge also reviewed Novy's pro se Complaint under 28 U.S.C. § 1915(e) and recommended dismissing the suit.  (Id. at 4.)  Novy has filed no objections to the Recommendation.[1]

---

[1] On December 16, 2025, a copy of the U.S. Magistrate Judge's Recommendation was mailed via certified mail to Novy to the address she provided to the Court. (Dkt. # 18.)  The envelope was returned to the Court on December 29, 2025, as "Return to Sender; Insufficient Address; Unable to Forward."  (Dkt. # 19.)  In the over five months since Judge Lane issued his Recommendation, Novy has not filed any objections nor has she updated her address with the Court, which provides an

<u>DISCUSSION</u>

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Recommendation for clear error.  <u>United States v. Wilson</u>, 864 F.2d 1219, 1221 (5th Cir. 1989).  After careful consideration, the Court adopts the Magistrate Judge's Recommendation.

In his Recommendation, Judge Lane found that Novy's Original Complaint failed to state a claim upon which relief could be granted.  (Dkt. # 17 at 3.)  He also found that Novy's Amended Complaint suffered the same fatality as the original—it made no cognizable claim for relief.  (<u>Id.</u>)  Therefore, because both complaints lacked arguable bases in both law and fact, Judge Lane recommended dismissing Novy's case as frivolous.  Upon the Court's review of the pleadings, the other briefings filed in the docket, and the relevant law, the Court agrees with Judge Lane's analysis and finds it is reasonable and absent of clear error.  Accordingly, the Court **ADOPTS** Judge Lane's Recommendation.

<u>CONCLUSION</u>

For the reasons given, the Court **ADOPTS** U.S. Magistrate Judge Lane's Report and Recommendation (Dkt. # 17) and **DISMISSES WITH PRJEUDICE** under § 1915(e)(2) Plaintiffs' claims.  The Court further **DENIES**

---

independent basis for dismissal.  <u>See</u> Fed. R. Civ. P. 41(b); Loc. R. CV-10 (W.D. Tex.).

3

all pending motions as **MOOT**.  (Dkts. ## 2; 3; 4; 5; 6; 7; 8; 9; 10; 11; 12; 13.)

The Clerk's Office is hereby **INSTRUCTED** to **CLOSE** the case.

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, May 18, 2026.

_____
Hon. David Alan Ezra
Senior U.S. District Judge